UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**SKENDER IBRAHIMI (#A019-559-350)**     **DOCKET NO. 16-0534**

**VERSUS**                               **JUDGE ROBERT JAMES**

**DEPARTMENT OF HOMELAND SECURITY**   **MAG. JUDGE CAROL WHITEHURST**

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition filed pursuant to 28 U.S.C. § 2241 be and is hereby **DISMISSED**.

**MONROE, LOUISIANA, this 10th day of August, 2016.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE